Frank PERRY, Owner of THE Canal Boat LOUISE PERRY, Libelant, v. THE Steam Tug BERN, Reading Company, Claimant, THE Steam Tug TRANSFER NO. 9, New York, New Haven & Hartford Railroad Co., Impleaded.

B. McLAIN TRANSPORTATION LINE, Inc., as Owner of THE Boat ATLAS, Libelant, v. THE Steam Tug TRANSFER NO. 9, New York, New Haven & Hartford Railroad Co., Impleaded.

No. 123.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1932.

Duncan & Mount, of New York City (H. W. Dieck, Jr., and Charles R. Millett, both of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellee.

Foley & Martin, of New York City, for libelant-appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decrees affirmed.